# EXHIBIT "B"

**Note: Exhibit "B" will be timely supplemented upon receipt of the executed Affidavit of Stefano Miele.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LYNDON F. MCCALL, PERSONAL
REPRESENTATIVE OF THE ESTATE
OF YVONNE J. MCCALL, DECEASED                          PLAINTIFF

VS.                                          CAUSE NO. 2:14-CV-588-MEF

SSC MONTGOMERY SOUTH HAVEN
OPERATING COMPANY, LLC, d/b/a
South Haven Health and Rehabilitation
Center; SAVASENIORCARE, LLC;
ALABAMA HOLDO, LLC; TONY
OGLESBY, an individual; MASTER-
TENANT-PARENT HOLDCO, LLC;
PROTO EQUITY HOLDINGS, LLC;
TERPAX, INC. et al.                                    DEFENDANTS

## AFFIDAVIT OF STEFANO MIELE

STATE OF GEORGIA

COUNTY OF DEKALB

I, Stefano Miele, am over eighteen (18) years of age and am a resident of Fulton County, Atlanta, Georgia. The facts contained in this Affidavit are within my own personal knowledge.

1. I am the Secretary for Proto Equity Holdings, LLC. In this capacity, I have personal knowledge of the corporate structure and business operations of Proto Equity Holdings, LLC.

2. Proto Equity Holdings, LLC is a Delaware limited liability company which does not conduct business in the State of Alabama. Prior to October 11, 2013, Proto Equity Holdings, LLC was not a part of the corporate/LLC ownership of SSC Montgomery South Haven Operating Company, LLC. Beginning on October 11, 2013, SSC Montgomery South Haven

Operating Company, LLC's sole member became Alabama Holdco, LLC. The sole member of Alabama Holdco, LLC became SSC Equity Holdings, LLC. The sole member of SSC Equity Holdings, LLC became Master Tenant Parent Holdco, LLC. The sole member of Master Tenant Parent Holdco, LLC became SavaSeniorCare, LLC. The sole member of SavaSeniorCare, LLC became Proto Equity Holdings, LLC.

3. Proto Equity Holdings, LLC is not and has never been registered to do business in the State of Alabama. It has never had offices or business operations in the State of Alabama, and has never directly owned or operated any nursing home or any other business in the State of Alabama. Proto Equity Holdings, LLC does not directly own any real or personal property in the State of Alabama, and it has not availed itself of the jurisdiction of the courts of the State of Alabama, nor entered into any contracts in the State of Alabama.

4. Furthermore, Proto Equity Holdings, LLC is merely a holding company and provides no control over the day to day operations of South Haven Health and Rehabilitation Center. Proto Equity Holdings, LLC has never owned, operated or controlled South Haven Health and Rehabilitation Center nor did it provide direction or control in the daily operations of the facility during the time that Yvonne J. McCall was a resident there. Proto Equity Holdings, LLC has never had any employees at South Haven Health and Rehabilitation Center. Proto Equity Holdings, LLC has never been a licensee of South Haven Health and Rehabilitation Center.

5. The execution of this Affidavit is not a waiver of any defenses of the above-named entity including, but not limited to, its right to seek to compel arbitration, lack of personal jurisdiction over it, and that it had no liability to the Plaintiff for the claims brought because it

did not directly own, operate or control the nursing home facility which is the subject of this lawsuit, South Haven Health and Rehabilitation Center.

FURTHER AFFIANT SAYETH NOT.

_____
STEFANO MIELE

**SWORN TO AND SUBSCRIBED BEFORE ME** this, the ____ day of July, 2014.

_____
Notary Public

My Commission Expires:

_____