IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LYNDON F. McCALL, Personal    )
Representative of the         )
Estate of Yvonne J.           )
McCall, Deceased,             )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:14cv588-MHT
                              )          (WO)
SSC MONTGOMERY SOUTH HAVEN    )
OPERATING COMPANY, LLC,       )
d/b/a South Haven Health      )
and Rehabilitation Center,    )
et al.,                       )
                              )
     Defendants.              )
```

ORDER

It is ORDERED that the motion to stay (doc. no. 48) filed by defendant SSC Montgomery South Haven Operating Company is denied as moot. Contrary to the allegations in the motion, SSC Montgomery South Haven Operating Company's motion to dismiss and alternative motion compel arbitration (doc. no. 3) are no longer pending,

for on July 23, 2014 (doc. no. 23), the court dismissed them with leave to refile.  The July 23 order also required all defendants to file an answer to the plaintiff's complaint within 14 days, an order with which SSC Montgomery South Haven Operating Company is not in compliance.

    DONE, this the 3rd day of November, 2014.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**