IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LYNDON F. McCALL, Personal ) | |
| Representative of the ) | |
| Estate of Yvonne J. ) | |
| McCall, Deceased, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:14cv588-MHT |
| ) | (WO) |
| SSC MONTGOMERY SOUTH HAVEN ) | |
| OPERATING COMPANY, LLC, ) | |
| d/b/a South Haven Health ) | |
| and Rehabilitation Center, ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

**JUDGMENT**

Pursuant to the stipulation of dismissal (doc. no. 61), it is the ORDER, JUDGMENT, and DECREE of the court that the following defendants are dismissed without prejudice and terminated as parties, with costs taxed as paid: SavaSeniorCare, LLC; Alabama Holdco, LLC; Tony Oglesby; Master-Tenanty-Parent Holdco, LLC Proto Equity

Holdings, LLC; and Terpax, Inc..  All claims against defendant SSC Montgomery South Haven Operating Company, LLC, d/b/a South Haven Health and Rehabilitation, and defendant SSC Equity Holdings, LLC remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 18th day of November, 2014.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**