IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LYNDON F. McCALL, Personal    )
Representative of the         )
Estate of Yvonne J.           )
McCall, Deceased,             )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:14cv588-MHT
                              )            (WO)
SSC MONTGOMERY SOUTH HAVEN    )
OPERATING COMPANY, LLC,       )
d/b/a South Haven Health      )
and Rehabilitation Center,    )
and SSC EQUITY HOLDINGS,      )
LLC,                          )
                              )
     Defendants.              )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal without prejudice (doc. no. 61), it is the ORDER, JUDGMENT, and DECREE of the court that the following defendant is dismissed without prejudice and terminated as a party, with costs taxed as paid: SSC Equity Holdings, LLC.  All claims against defendant SSC

Montgomery South Haven Operating Company, LLC, d/b/a South Haven Health and Rehabilitation remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 4th day of December, 2014.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**