# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LYNDON F. McCALL, Personal Representative of the Estate of Yvonne J. McCall, Deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>SSC MONTGOMERY SOUTH HAVEN OPERATING COMPANY, LLC, d/b/a South Haven Health and Rehabilitation Center, )<br><br>Defendant. ) | CIVIL ACTION NO.<br>2:14cv588-MHT<br>(WO) |

## FINAL JUDGMENT

This case is before the court on the defendant's motion to confirm the arbitration award and enter final judgment. On February 21, 2018, the court ordered that the plaintiff, by February 28, 2018, show cause as to why the defendant's motion should not be granted. Having received no opposition to the motion from the plaintiff, and the defendant having properly filed all papers required under 9 U.S.C.A. § 13, the court finds

that the motion should be granted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

1. The stay previously entered (doc. no. 83) is dissolved, and this case is administratively reopened.
2. The defendant's motion to confirm the arbitration award and enter final judgment (doc. no. 84) is granted.
3. This court CONFIRMS the arbitration award dated February 4, 2018 (doc. no. 84-2), in favor of the defendant and against the plaintiff.
4. A final judgment is hereby entered in favor of the defendant as to all of the plaintiff's claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is formally closed.

DONE, this the 30th day of March, 2018.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE